**STATE OF WISCONSIN**　　　**CIRCUIT COURT**　　　**MILWAUKEE**

Nakia Hudson et al vs. Home Depot U.S.A. Inc.

**Electronic Filing Notice**

Case No. 2026CV001716
Class Code: Other-Personal Injury

FILED
02-26-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV001716
Honorable Glenn H
Yamahiro-34
Branch 34

STATE OF WISCONSIN DHS OFFICE OF LEGAL COUNSEL
201 E. WASHINGTON AVENUE
MADISON WI 53703

Case number 2026CV001716 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: a61a28**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: February 26, 2026

**STATE OF WISCONSIN**        **CIRCUIT COURT**        **MILWAUKEE**

Nakia Hudson et al vs. Home Depot U.S.A. Inc.

**Electronic Filing
Notice**

FILED
02-26-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV001716
Honorable Glenn H
Yamahiro-34
Branch 34

Case No. 2026CV001716
Class Code: Other-Personal Injury

HOME DEPOT U.S.A. INC.
2455 PACES FERRY ROAD
ATLANTA GA 30339

Case number 2026CV001716 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: a61a28**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: February 26, 2026

GF-180(CCAP), 11/2020 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
Case 2:26-cv-00665-JPS    Filed 04/16/26    Page 2 of 14    Document 1-2
This form shall not be modified. It may be supplemented with additional material.

FILED
02-26-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV001716
Honorable Glenn H
Yamahiro-34
Branch 34

STATE OF WISCONSIN　　　　CIRCUIT COURT　　　　MILWAUKEE COUNTY

NAKIA HUDSON
4851 N 91st Street
Milwaukee, WI 53225

Case No:
Case Code: 30107

　　　　　Plaintiff,

STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES
c/o DHS/OFFICE OF LEGAL COUNSEL
201 E Washington Ave
Madison, WI 53703

　　　　　Involuntary Plaintiff,

v.

HOME DEPOT U.S.A, INC.
2455 Paces Ferry Road
Atlanta, GA 30339
c/o Corporation Service Company
33 East Main Street, suite 610
Madison, WI 53703

　　　　　Defendant,

---

## SUMMONS

---

THE STATE OF WISCONSIN, to each person named above as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint that is attached states the nature and basis of the legal action.

Within forty-five (45) days of receiving this summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an answer that does not follow the

requirements of the Statutes. The answer must be sent or delivered to the Court, whose address is 104 of the Milwaukee County Courthouse at 901 N. 9th Street, Milwaukee, WI 53233, and to The Law Offices of Sobo & Sobo, and Attorney Anton Ragozin., whose address is One Dolson Avenue Middletown, New York 10940. You may have an attorney to help or represent you.

If you do not provide a proper answer within forty-five (45) days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

If you require assistance with auxiliary aids or services because of a disability, call the court at (414) 278-4140 and ask for the Court ADA Coordinator.

Dated this 26th day of February 2026.

*Electronically signed by*
*/s/ Anton Ragozin*
Anton Ragozin
State Bar No.: 1129372
Sobo & Sobo, LLP
Attorneys for Plaintiff(s)
One Dolson Avenue
Middletown, NY 10940
(414) 300-7494
aragozin@sobolaw.com

**FILED**
**02-26-2026**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2026CV001716**
**Honorable Glenn H**
**Yamahiro-34**
**Branch 34**

STATE OF WISCONSIN      CIRCUIT COURT      MILWAUKEE COUNTY

NAKIA HUDSON
4851 N 91st Street
Milwaukee, WI 53225

      Plaintiff,

STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES
c/o DHS/OFFICE OF LEGAL COUNSEL
201 E Washington Ave
Madison, WI 53703

      Involuntary Plaintiff,

v.

HOME DEPOT U.S.A, INC.
2455 Paces Ferry Road
Atlanta, GA 30339
c/o Corporation Service Company
33 East Main Street, suite 610
Madison, WI 53703

      Defendant,

Case No:
Case Code: 30107

---

## COMPLAINT

---

NOW COMES the Plaintiff, NAKIA HUDSON, by her attorneys, Sobo & Sobo, L.L.P., by Attorney Anton Ragozin, and herein alleges the following:

### PARTIES

1.    Plaintiff, NAKIA HUDSON, is an adult individual residing at 4851 N 91st Street, in the City of Milwaukee, County of Milwaukee, State of Wisconsin, 53225.

2.    That the Involuntary Plaintiff, Wisconsin Department of Health Services

(DHS), is a corporation and/or governmental entity engaged in the health insurance business. That upon information and belief, the Involuntary Plaintiff, DHS, alleges to have made medical payments on behalf of the Plaintiff, NAKIA HUDSON, as a result of the accident heretofore alleged, and is therefore joined in this action for the purpose of complying with the provisions of §803.03 Wis. Stats. The Plaintiff, DHS, alleges doubt as to whether the Involuntary Plaintiff, DHS, is truly subrogated or interested in this action. The Plaintiff, DHS, further states that, pursuant to Wis. Stats. §803.03(2)(b)(l)(b), the Involuntary Plaintiff must do one of the following: A) Participate in the prosecution of the action; B) Agree to have its interest represented by the party who caused the joinder; or C) Move for dismissal with or without prejudice.  In the event of the Involuntary Plaintiff's failure to answer this Complaint within forty-five (45) days, or otherwise appear and exercise one of the foregoing options, then, and in that event, any interest it may claim in this action shall be deemed waived and any and all claims they may have, of whatever kind or type, shall be dismissed with prejudice.

3.      Defendant, HOME DEPOT U.S.A, INC., is, upon information and belief, a domestic corporation with its principal office located at 2455 Paces Ferry Road Atlanta, GA 30339, and its registered agent located at 33 East Main Street, suite 610 Madison, WI 53703, and was the owner of a certain premises located at 4100 N 124th Street Wauwatosa, WI 53222.

**FACTUAL ALLEGATIONS**

4.      Plaintiff incorporates paragraphs 1-3 above.

5.      At all relevant times, Defendant, HOME DEPOT U.S.A, INC., was the owner of a certain premises located at 4100 N 124th Street Wauwatosa, WI 53222.

6. At all relevant times, Defendant, HOME DEPOT U.S.A, INC., were the owners of the subject property and had an obligation to adhere to the laws pertaining to property owners in the state of Wisconsin.

7. On or about the 5th day of May 2025, the Plaintiff, NAKIA HUDSON, was walking in the store isle located at 4100 N 124th Street Wauwatosa, WI 53222., when she slipped and fell sustaining serious injuries.

8. The fall was due to a lack of proper maintenance/upkeep.

9. Despite being the property owner/manager, Defendant, HOME DEPOT U.S.A, INC., did not properly maintain the property.

10. Defendant, HOME DEPOT U.S.A, INC., knew or should have known that the lack of proper maintenance was dangerous.

11. Plaintiff sustained severe and permanent injuries as a direct result and proximate cause of his fall and Defendant, HOME DEPOT U.S.A, INC.'S negligence.

### FIRST CLAIM:
### NEGLIGENCE (AGAINST ALL DEFENDANTS)

12. Plaintiff alleges and incorporates herein, as though more fully set forth, paragraphs 1-11 above.

13. At all relevant times, Defendant, HOME DEPOT U.S.A, INC., were the owners of the subject property and had an obligation to adhere to the laws pertaining to property owners in the state of Wisconsin.

14. At all relevant times, Defendant, HOME DEPOT U.S.A, INC., had a responsibility to maintain its property.

15. Defendant, HOME DEPOT U.S.A, INC., willingly and/or negligently failed to maintain their property to avoid causing unsafe floor surfaces.

16. These failures by Defendant, HOME DEPOT U.S.A, INC. created an unreasonable risk of harm to Plaintiff.

17. Moreover, the poor upkeep of conditions, inspections failures, construction failures, notification failures, and the general negligence of the defendants created an unreasonable risk of harm to Plaintiff.

18. Defendants were negligent, reckless, and careless in, among other things, allowing, causing and/or permitting dangerous, hazardous, slippery and/or unsafe conditions to exist on the aforementioned property; in causing an unreasonable danger by failing to address/repair/mark a dangerous condition; causing a dangerous falling hazard; failing to warn of a dangerous condition; in permitting and allowing the entrance at the incident location to be, become, and remain in an unsafe and dangerous condition so as to constitute a nuisance; in failing to reasonably inspect said premises so as to ascertain the hereinabove referred to condition; in failing to warn such persons, including the Plaintiff of the condition aforedescribed; in creating the condition; in acting with reckless disregard for the safety of others, and the Defendant was in other ways negligent, wanton, reckless and careless.

## SECOND CLAIM:
## VIOLATION OF WISCONSIN SAFE PLACE STATUTE 101.11

19. Plaintiff alleges and incorporates herein, as though more fully set forth, paragraphs 1-18 above.

20. Defendants failed to adhere to the statute/standard/code provided in the above-referenced chapters when they failed to remove water at the subject property being used by Plaintiff.

21.    The failure to properly maintain their property and now created an unreasonable risk of harm to Plaintiff and was the proximate cause for her injuries.

22.    As a direct and proximate result of Defendants' negligence, Plaintiff suffered significant and permanent injuries causing pain and suffering, disability, past and future medical expenses, past and future wage loss, and other damages in an amount to be determined by a jury.

**WHEREFORE,** Plaintiff demands judgment against Defendants jointly and separately or individually as allowed by law for the following:

A. Plaintiff demands just and adequate compensatory damages, in an amount to be determined by a jury;

B. Plaintiff demands a trial by twelve-person jury;

C. Plaintiff demands costs, disbursements, attorneys fees in this action, and all interest due and owing pursuant to Wis. Stat. §628.46; and

D. In the event of settlement or verdict in favor of the Plaintiff, NAKIA HUDSON, said Plaintiff demands judgment for an Order declaring his rights to such settlement/verdict proceeds paramount to those of any subrogated party;

E. That in the event of any subrogated party's failure to respond to this Complaint in a timely manner, Plaintiff requests this Court to grant an Order dismissing the subrogated party from this action and barring any claim for subrogation and/or reimbursement, and barring the subrogated party from participating in any judgement or settlement in this action; and

F. Plaintiff demands such other further relief as the Court deems just and appropriate.

Dated in Milwaukee, WI on this 26th day of February 2026.

Respectfully,

*Electronically signed by*
*/s/ Anton Ragozin*
Anton Ragozin
State Bar No.: 1129372
Sobo & Sobo, LLP
Attorneys for Plaintiff(s)
One Dolson Avenue
Middletown, NY  10940
(414) 300-7494
aragozin@sobolaw.com

FILED
03-25-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV001716

STATE OF WISCONSIN　　　CIRCUIT COURT　　　MILWAUKEE COUNTY

NAKIA HUDSON
4851 North 91st Street
Milwaukee WI 53225
　　　　　　Plaintiff

Vs

STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES
c/o DHS OFFICE OF LEGAL
201 East Washington Street
Madsion WI 53703
　　　　　　Involuntary Plaintiff

Vs

HOME DEPOT U.S.A, INC
2455 Paces Ferry Road
Atlanta GA 30339
c/o Corporation Services Company
33 East Main Street Suite 610
Madsion WI 53703
　　　　　　Defendants

CASE NUMBER 2026-CV-01716

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN　　)
　　　　　　　　　　　　) SS,
MILWAUKEE COUNTY　　)

I LES B JOHNS, being first duly sworn on oath says that I am an adult resident of the State of Wisconsin and not a party to this action; that on the 20TH day of March , 2026 at approximately 11:20 Am, at 33 East Main Street Suite 610 in the City of Madsion , County of Dane , State of Wisconsin, , I duty served in the above **entitled Electronic Filling Notice Summons and Complaint, Demanded for Jury Trial,** hereto annexed upon Home Depot U.S.A, Inc by delivering to and leaving with **Corporation Services Company Andrew Schumaker** a true and corrected copy thereof, and that I did know the person so served to be the person mentioned and named therein, and signed my name, date, time and the manner of service, and on whom service was made on the.

LES B JOHNS
L. JOHNS SERVICES

Subscribed and sworn to before me
this 23rd day of March 2026

Notary Public State of Wisconsin
My commission exp. 10 9-28

FILED
03-25-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV001716

STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY

NAKIA HUDSON
4851 North 91st Street
Milwaukee WI 53225
      Plaintiff

CASE NUMBER 2026-CV-001716

Vs

STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES
c/o DHS OFFICE OF LEGAL
201 East Washington Street
Madsion WI 53703
      Involuntary Plaintiff

Vs

HOME DEPOT U.S.A, INC
2455 Paces Ferry Road
Atlanta GA 30339
c/o Corporation Services Company
33 East Main Street Suite 610
Madsion WI 53703
      Defendants

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                  ) SS,
MILWAUKEE COUNTY    )

I LES B JOHNS, being first duly sworn on oath says that I am an adult resident of the State of Wisconsin and not a party to this action; that on the 20TH day of March , 2026 at approximately 11:30 Am, at 201 East Washington Street in the City of Madsion , County of Dane , State of Wisconsin, , I duty served in the above **entitled Electronic Filling Notice Summons and Complaint, Demanded for Jury Trial,** hereto annexed upon State of Wisconsin Department of Health Services , Inc by delivering to and leaving with **Office Of Legal Counsel Ms. Ayers** a true and corrected copy thereof, and that I did know the person so served to be the person mentioned and named therein, and signed my name, date, time and the manner of service, and on whom service was made on the.

                                      LES B JOHNS
                                      L. JOHNS SERVICES

Subscribed and sworn to before me
this 23rd day of March 2026

Notary Public State of Wisconsin
My commission exp. 10·9·28

VINCENT M FIGUEROA
NOTARY PUBLIC
STATE OF WISCONSIN

**STATE OF WISCONSIN**     **CIRCUIT COURT**     **MILWAUKEE COUNTY**

Nakia Hudson et al vs. Home Depot U.S.A. Inc.

**Electronic Notice
Status Change**

Case No: 2026CV001716

STATE OF WISCONSIN DHS OFFICE OF LEGAL COUNSEL
201 E. WASHINGTON AVENUE
MADISON WI 53703

For 2026CV001716, the electronic notice preference for Sarah Thomas Pagels, Wisconsin attorney for Home Depot U.S.A. Inc., has changed.

Sarah Thomas Pagels has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: April 7, 2026

FILED
04-07-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV001716

STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY

---

NAKIA HUDSON,

      Plaintiff,

and

STATE OF WISCONSIN DEPARTMENT OF
HEALTH SERVICES,

      Involuntary Plaintiff,

vs.

HOME DEPOT USA, INC.,

      Defendant.

Case No. 26-CV-1716

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah Thomas Pagels hereby appears in this matter as counsel for Defendant and further requests that all further notices and copies of pleadings, papers, and other materials relevant to this action be directed and served upon her via the Wisconsin Circuit Court electronic filing system, with correspondence, written discovery, and other documents not filed with the Court to be served upon her at the address below.

Dated this 7th of April, 2026.

*Electronically signed by Sarah Thomas Pagels*
Sarah Thomas Pagels (State Bar No. 1062162)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 (phone)
(414) 755-7089 (fax)
stpagels@llgmke.com

*Attorneys for Defendant Home Depot USA, Inc.*